# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Edward M. | U.S. District Court, N.D. California | 10/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | Trust #2 ▓▓▓▓▓▓▓ |
| 2. | Trustee | Trust #2 ▓▓▓▓▓▓▓ |
| 3. | Trustee | Trust #4 ▓▓▓▓▓▓▓▓ |
| 4. | Trustee | Trust #5 ▓▓▓▓▓▓ |
| 5. | Trustee | Trust #8 ▓▓▓▓▓ ) |
| 6. | Trustee | Trust #16 ▓▓▓▓▓▓▓▓▓ |
| 7. | Trustee | Trust #17 ▓▓▓▓ |
| 8. | Trustee | Trust #18 ▓▓▓▓ |
| 9. | Trustee | Trust #19 ▓▓▓▓▓▓ |
| 10. | Trustor | Trust #20 ▓▓▓▓▓ |
| 11. | Officer & Director | Realty Co. #1 ▓▓▓▓ |
| 12. | Manager | Limited Liability Co. #1 ▓▓▓▓ |
| 13. | Manager | Limited Liability Co. #2 ▓▓▓ |
| 14. | Manager | Limited Liability Co. #3 ▓▓▓▓▓ |
| 15. | Manager | Limited Liability Co. #4 ▓▓▓▓▓ |
| 16. | Manager | Limited Liability Co. #5 ▓▓▓▓ |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

| 17. | Manager | Limitied Liability Co. #6 ▓▓▓▓▓▓ |
|---|---|---|
| 18. | Manager | Limited Liability Co. #7 ▓▓▓▓▓▓ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ]  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Trust #2 (salary) | $26,952.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Trust #2 (Salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Department of Commerce | 6/14/2015 - 6/22/2015 | Republic of Georgia | Guest Speaker/Panelist at Intellectual Property Workshop | Airfare, hotel, meals, ground transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Edward M. | 10/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | American Savings Bank | Co-signer on mortgage condominium investment | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2 (Trustee) | A | Interest | N | U | | | | | |
| 2. | | | | | | | | | |
| 3. -Interfamily note (from Trust #8) | | | | | | | | | |
| 4. -Bank of America (accounts) | | | | | | | | | |
| 5. -First Republic Bank (account) | | | | | Closed | 8/20/15 | L | | |
| 6. -Sterling Bank & Trust (account) | | | | | | | | | |
| 7. -Aegon NV stock | | | | | | | | | |
| 8. -R.E. Loans, LLC (account) | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. Limited Partnership #3 ▓▓▓ Family Limited Partnership) | A | Rent | M | U | | | | | |
| 11. | | Interest | | | | | | | |
| 12. -Commercial Property #3 (San Francisco, CA) | | | | | | | | | |
| 13. -Bank of America (accounts) | | | | | | | | | |
| 14. -First Republic Bank (account) | | | | | | | | | |
| 15. -Condominium #1 (Kohala Coast, HI) | | | | | | | | | |
| 16. -El Dorado Hospitality, LLC | | | | | | | | | |
| 17. -Sterling Bank & Trust (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Cathay Bank (account) | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. Limited Partnership #5░░░ | E | Rent | N | U | | | | | |
| 21. Limited Partnership) | | Interest | | | | | | | |
| 22. -Commercial Property #4 (Sacramento, CA) | | | | | | | | | |
| 23. -Bank of America (accounts) | | | | | | | | | |
| 24. -First Republic Bank (account) | | | | | | | | | |
| 25. -East-West Bank (account) | | | | | | | | | |
| 26. -Sterling Bank & Trust (account) | | | | | | | | | |
| 27. -Limited Liability Company #2░░░░ | | | | | | | | | |
| 28. -Commercial Property #8░░░░) | | | | | | | | | |
| 29. -Bank of America (account) | | | | | | | | | |
| 30. -Sterling Bank & Trust (account) | | | | | | | | | |
| 31. -East-West Bank (account) | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Realty Co. #1░░░░ (stock) | A | Dividend | L | U | | | | | |
| 34. | | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Bank of America (accounts) | | | | | | | | | |
| 36. -Sterling Bank & Trust (account) | | | | | | | | | |
| 37. -East-West Bank (account) | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. Bay Area Hotel Associates Limited Partnership (erroneously reported | | | | | Closed | 5/28/14 | K | A | |
| 40. in 2015) | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. Life Insurance Policies - New York Life Ins. Co. (Whole Life Policies) | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Trust #4 (Trustee only) | A | Rent | P1 | U | | | | | |
| 45. | | Interest | | | | | | | |
| 46. -El Dorado Hospitality, LLC | | | | | | | | | |
| 47. -BST Hospitality, LLC | | | | | | | | | |
| 48. -Bank of America (account) | | | | | | | | | |
| 49. -East-West Bank (account) | | | | | | | | | |
| 50. -Sterling Bank & Trust (account) | | | | | | | | | |
| 51. -First Republic Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pacific Western Bank (account) | | | | | | | | | |
| 53. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 54. -Limited Partnership #3▓▓▓▓ Family | | | | | | | | | |
| 55. Limited Partnership) | | | | | | | | | |
| 56. -Limited Partnership #5▓▓▓▓ | | | | | | | | | |
| 57. Limited Partnership) | | | | | | | | | |
| 58. -Limited Liability Co. #1▓▓▓▓ ▓▓) | | | | | | | | | |
| 59. -Commercial Building #9 (San Francisco, CA) | | | | | | | | | |
| 60. -Commercial Building #10 (San Francisco, CA) | | | | | | | | | |
| 61. -Bank of America (accounts) | | | | | | | | | |
| 62. -First Republic Bank (account) | | | | | | | | | |
| 63. -Sterling Bank & Trust (account) | | | | | | | | | |
| 64. -East-West Bank (account) | | | | | | | | | |
| 65. -Limited Partnership #1▓▓▓▓ | | | | | | | | | |
| 66. Limited Partnership) | | | | | | | | | |
| 67. -Limited Liability Co. #5▓▓▓▓ ▓▓ | | | | | | | | | |
| 68. -Bank of America (accounts) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -First Republic Bank (account) | | | | | | | | | |
| 70. -Sterling Bank & Trust (account) | | | | | | | | | |
| 71. -Commercial Property #1 (San Francisco, CA) | | | | | | | | | |
| 72. -Limited Liability Co. #7 (Sun City Center, LLC) | | | | | | | | | |
| 73. -Commercial Property #8 (Sacramento, CA) | | | | | | | | | |
| 74. -Bank of America (accounts) | | | | | | | | | |
| 75. -Sterling Bank & Trust (account) | | | | | | | | | |
| 76. -Cathay Bank (account) | | | | | | | | | |
| 77. -Limited Liability Co. #3 ▮▮▮▮ ▮▮▮▮ | | | | | | | | | |
| 78. -Commercial Property #7 (Sacramento, CA) | | | | | | | | | |
| 79. -Sterling Bank & Trust (account) | | | | | | | | | |
| 80. -First Republic Bank (accounts) | | | | | | | | | |
| 81. -Bank of America (accounts) | | | | | | | | | |
| 82. -East West Bank (accounts ) | | | | | | | | | |
| 83. -Cathay Bank (accounts) | | | | | | | | | |
| 84. -Limited Liability Company #2 | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #5 (Co-Trustee only) | A | Rent | O | U | | | | | |
| 87. | | Interest | | | | | | | |
| 88. -Cathay Bank (account) | | | | | | | | | |
| 89. -East-West Bank (account) | | | | | | | | | |
| 90. -Sterling Bank & Trust (account) | | | | | | | | | |
| 91. -First Republic Bank (account) | | | | | | | | | |
| 92. -Limited Liability Co. #3▓▓▓▓ | | | | | | | | | |
| 93. -Limited Liability Co. #7▓▓▓▓, ▓ | | | | | | | | | |
| 94. -Limited Partnership #2▓▓▓▓ ▓▓▓▓ ) | | | | | | | | | |
| 95. -Commercial Property #2 (San Francisco, CA) | | | | | | | | | |
| 96. -Bank of America (accounts) | | | | | | | | | |
| 97. - Cathay Bank (account) | | | | | | | | | |
| 98. -First Republic Bank (account) | | | | | | | | | |
| 99. -Pacific Western Bank (account) | | | | | | | | | |
| 100. -Sterling Bank & Trust (account) | | | | | | | | | |
| 101. -R.E. Loans, LLC (account) | | | | | | | | | |
| 102. -East-West Bank (accounts) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -J.P. Morgan Chase (bond) | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. Merrill Lynch - IRA | A | Dividend | M | T | | | | | |
| 106. -Account - Merrill Lynch | | | | | | | | | |
| 107. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 108. -Ariel Appreciation Fund | | | | | | | | | |
| 109. -Calvert Social Index | | | | | | | | | |
| 110. -Templeton Foreign Fund | | | | | | | | | |
| 111. -Templeton Developing | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. Merrill Lynch - IRA | A | Dividend | L | T | | | | | |
| 114. -Account - Merrill Lynch | | | | | | | | | |
| 115. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 116. -Franklink U.S. Government Series Class A | | | | | | | | | |
| 117. -Calvert Large Cap Core | | | | | | | | | |
| 118. -Templeton Developing | | | | | | | | | |
| 119. -Templeton Foreign Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Lincoln Financial Group (403(b)) | B | Dividend | L | T | | | | | |
| 122. -LVIP UBS Global Asset Allocation | | | | | | | | | |
| 123. -LVIP Delaware Social Awareness | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. Bank of America (accounts) | B | Interest | M | T | | | | | |
| 126. | | | | | | | | | |
| 127. Sterling Bank & Trust (accounts) | A | Interest | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. Trust #16 (Trustee only) | A | Rent | P1 | U | | | | | |
| 131. | | Interest | | | | | | | |
| 132. -Bank of America (account) | | | | | | | | | |
| 133. -Sterling Bank & Trust (account) | | | | | | | | | |
| 134. -Limited Partnership #2▓▓▓▓ ▓▓▓▓) | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. Limited Liability Co. #4▓▓▓▓ ▓▓▓▓ | D | Rent | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | Interest | | | | | | | |
| 138. -Bank of America (account) | | | | | | | | | |
| 139. -Limited Partnership #1 ▬▬ Limited Partnership) | | | | | | | | | |
| 140. Limited Partnership #2 ▬▬ ▬▬ | | | | | | | | | |
| 141. -Limited Partnership #3 ▬▬ ▬▬ ) | | | | | | | | | |
| 142. -Limited Partnership #5 ▬▬ ▬▬ | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Limited Liability Co. #6 ▬▬ ) | G | Rent | P1 | U | | | | | |
| 145. | | Interest | | | | | | | |
| 146. | | | | | | | | | |
| 147. -Condominium #4 (Kohala Coast, HI) | | | | | | | | | |
| 148. -Provident Credit Union (account) | | | | | | | | | |
| 149. -Ally Bank (account) | | | | | | | | | |
| 150. -Bank of America (account) | | | | | | | | | |
| 151. -First Republic Bank (account) | | | | | | | | | |
| 152. -Pacific Western Bank (account) | | | | | | | | | |
| 153. -East-West Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Condominium #5 (Maui, HI) | | | | | | | | | |
| 155. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 156. -Sterling Bank & Trust (account) | | | | | | | | | |
| 157. -Commercial Property #12 (San Rafael) | | | | | Buy | 9/24/15 | O | | Brenda Burton-Smith |
| 158. | | | | | | | | | 2014 Revocable Trust |
| 159. | | | | | | | | | |
| 160. Limited Liability Co. #7 ▒▒▒▒. ▒▒▒▒ | A | Rent | P1 | U | | | | | |
| 161. | | | | | | | | | |
| 162. BST Hospitality, LLC | F | Dividend | N | U | | | | | |
| 163. | | | | | | | | | |
| 164. Trust #17 | E | Rent | O | U | | | | | |
| 165. | | Interest | | | | | | | |
| 166. -Commercial Property #11 (Petaluma, CA) | | | | | | | | | |
| 167. -East-West Bank (account) | | | | | | | | | |
| 168. -Bank of America (account) | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. Trust #18 (Trustee only) | A | Interest | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -East-West Bank (account) | | | | | | | | | |
| 172.  -Sterling Bank & Trust (account) | | | | | | | | | |
| 173.  -Cathay Bank (account) | | | | | | | | | |
| 174.  -First Republic Bank | | | | | | | | | |
| 175. | | | | | | | | | |
| 176.  Trust #19 | G | Rent | O | U | | | | | |
| 177. | | Interest | | | | | | | |
| 178.  -Bank of America (account) | | | | | | | | | |
| 179.  -Limited Liability Co. #1▮▮▮▮, ▮▮ | | | | | | | | | |
| 180.  Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 181. | | | | | | | | | |
| 182.  Trust #20 (Spouse Trustee) | G | Rent | P1 | U | | | | | |
| 183. | | Interest | | | | | | | |
| 184.  -Bank of America (account) | | | | | | | | | |
| 185.  -Limited Liabiltiy Co. #1▮▮▮▮, ▮▮ | | | | | | | | | |
| 186.  -Limited Partnership #3 | | | | | | | | | |
| 187.  -Limited Liability Co. #5 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Limited Liability Co. #6 | | | | | | | | | |
| 189.  -Limited Liability Co. #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 10/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Edward M. Chen

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544